# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

IMC Construction,            :
         Petitioner      :
                   :
         v.             :      No. 516 C.D. 2020
                   :
The Port of Philadelphia a/k/a      :
PhilaPort,                   :
         Respondent

**PER CURIAM**                 **O R D E R**

NOW, January 26, 2021, upon consideration of Petitioner's application for reargument and Respondent's and Intervenor's answers in response thereto, the application is denied.